**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   13-cv-01552-LTB-MJW

ROY CLENNAN and
LIANE CLENNAN,

      Plaintiffs,

v.

COMMERCIAL RECOVERY SYSTEMS, INC.,

      Defendant.
_____

**ORDER**
_____

Upon Plaintiffs' Motion for a Default Judgment Pursuant to Fed.R.Civ.P. 55(b)(2) (Doc 7 - filed September 19, 2013), and review of the file, it is

ORDERED that the Motion is GRANTED and default judgment is entered in favor of Plaintiffs and against Defendant as follows:

    a.    $1,000.00 per Plaintiff in statutory damages under the FDCPA;

    b.    $250.00 per Plaintiff for Defendants' violation of the FDCPA; and

    c.    $1,902.50 in reasonable attorneys' fees and costs

for a total of $4,402.50.

                      BY THE COURT:

                      s/Lewis T. Babcock
                      Lewis T. Babcock, Judge

DATED:   September 20, 2013